## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**JOEL SCHNEIDER**<br>UNITED STATES MAGISTRATE JUDGE | MITCHELL H. COHEN COURTHOUSE<br>1 John F. Gerry Plaza, Room 2060<br>CAMDEN, NJ 08101-0887<br>(856) 757-5446 |

**LETTER ORDER**
**ELECTRONICALLY FILED**
August 5, 2008

Wayne Powell, Esquire
Powell & Baltimore, Pc
101 Tarragon Building
811 Church Road
Cherry Hill, NJ 08002

    Re: **United States v. $39,555 U.S. Currency**
          **Civil No. 07-449 (JHR)**

Dear Mr. Powell:

    Defendant has not contested plaintiff's June 19, 2008 letter advising the Court that defendant did not comply with the Court's May 21, 2008 Order. Defendant shall serve the required information by August 22, 2008. If plaintiff does not receive the required information by August 22, 2008, it is authorized to file a Motion for Sanctions, including a request to dismiss the case and for reimbursement of fees and costs.

                                Very truly yours,

                                  *s/ Joel Schneider*

                                JOEL SCHNEIDER
                                United States Magistrate Judge

JS:jk
cc: Hon. Joseph H. Rodriguez
    All Counsel